UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| Morgan Stanley, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Nirav Babu, )<br>2518 Moores Blvd. )<br>Upper Marlboro, Maryland 20774 )<br>)<br>)<br>Defendant. ) | CIVIL ACTION FILE NO.<br>_____ |

**PLAINTIFF'S NOTICE OF REQUEST FOR HEARING ON ITS PETITION TO COMPEL ARBITRATION AND ORDER TO SHOW CAUSE**

Plaintiff Morgan Stanley, by counsel and pursuant to Local Rule 105.6 (D. Md.), requests an oral hearing on its Petition To Compel Arbitration And Order To Show Cause.

Dated this 19 day of February, 2019.

Respectfully submitted by:

/s/

Timothy C. Bass (MD Federal Bar No. 17336)
GREENBERG TRAURIG, LLP
1750 Tysons Blvd., Suite 1000
McLean, Virginia 22102
Tel.: (703) 749-1300
Fax: (703) 749-1301
basst@gtlaw.com

William D. Briendel
Daniel J. Gomez
MetLife Building
200 Park Avenue, 15th Floor

1

New York, NY 10166
Tel: 212.801.6541
Fax: 212.224.6104

*Attorneys for Plaintiff*

NY 247898455v2